# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Donald D. Jones, III　　　　　　　　　　　　　　　Docket No. 2:17-MJ-1092-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Donald D. Jones, III, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, sitting in the Court at Elizabeth City, on the 13th day of October, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from Jones on October 19, 2017, tested positive for oxycodone/oxymorphone and cocaine. The defendant admitted to consuming Roxicodone, which he purchased illegally, on October 18, 2017. With regard to the positive cocaine result, Jones stated that he used the substance prior to his arrest for the instant offense on October 13, 2017.

On October 20, 2017, the defendant was admitted into Palm Partners Recovery Center's (PPRC) residential drug treatment program in Delray Beach, Florida. Although the facility is currently addressing Jones' substance abuse and mental health issues, it is respectfully recommended that the defendant's pretrial supervision be modified to include mental health treatment in the event such is needed upon Jones' completion of treatment at PPRC. The defendant signed a Waiver agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that the defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　　　/s/ Lakesha H. Wright
Dwayne K. Benfield　　　　　　　　　　　　　Lakesha H. Wright
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　306 East Main Street, Room 306
　　　　　　　　　　　　　　　　　　　　　　Elizabeth City, NC 27909-7909
　　　　　　　　　　　　　　　　　　　　　　Phone: 252-335-5508
　　　　　　　　　　　　　　　　　　　　　　Executed On: November 1, 2017

### ORDER OF THE COURT

Considered and ordered the ___2___ day of __November__, 2017, and ordered filed and made part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge