UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:17-MJ-1092

UNITED STATES OF AMERICA

       Vs.                                        ORDER

DONALD D. JONES, III

     UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of his License is hereby granted and the Clerk is directed to mail the defendant's license to: P.O. Box 81 Hatteras, NC 27943.

     SO ORDERED.

This the _21_ day of _November_, 2017

_____
United States District Court Judge